■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAGMELDEEN AZAZ, Appellant. [46 NYS3d 920]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 12, 2007 (*People v Azaz*, 41 AD3d 610 [2007]), affirming a judgment of the Supreme Court, Kings County, rendered October 12, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Balkin, Austin and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVON BATTEE, Appellant. [46 NYS3d 911]—Appeal by defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County (Marrus, J.), imposed on October 2, 2015, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Delgado*, 80 NY2d 780, 783 [1992]; *People v Suitte*, 90 AD2d 80, 85-86 [1982]). Eng, P.J., Austin, Roman, Maltese and Duffy, JJ., concur.